## DAVIDSON v. ARDMORE STATE BANK.

No. 6703—Opinion Filed March 14, 1916.

Rehearing Denied April 5, 1916. Second Petition for Rehearing Denied Jan. 30, 1917.

(163 Pac. 118.)

**Appeal and Error—Failure to File Brief—Disposition of Cause.**

Where plaintiffs in error file brief and defendant in error fails to file one, and the contentions of plaintiffs in error appear to be fairly supported by the law and by the record, under the rule of this court, such contentions will be sustained, and in proper cases the judgment will be reversed and the cause remanded.

(Syllabus by Hooker, C.)

Error from District Court, Carter County; Stilwell H. Russell, Judge.

Action by E. A. Davidson against the Ardmore State Bank. Judgment for plaintiff, and he brings error. Reversed, and remanded.

E. D. Slough, for plaintiff in error.

Opinion by HOOKER, C. The petition in error, with case-made attached, was filed in this court on August 4, 1914. The brief for the plaintiff in error was filed October 29, 1915. The defendant in error has filed no brief, nor offered any excuse for its failure to file a brief in this cause; and, inasmuch as the contentions of plaintiff in error to be reasonably sustained by a cursory examination of the record, this cause is reversed, and remanded for a new trial, as this court

has established the rule that, where the plaintiff in error has filed a brief and the defendant in error fails to file one and has offered no excuse for such failure, and the contentions of plaintiffs in error appear to be fairly supported by the law and by the record, the contentions will be sustained and judgment reversed and the cause remanded. Amos v. Caudill, 42 Okla. 499, 141 Pac. 1116.

We, therefore, recommend that this case be reversed and remanded.

By the Court: It is so ordered.